UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 06-624M |
| | )   (CR01-701 D.N.J.) |
| v. | ) |
| | ) |
| KOMSON HONGTHONG, | ) DETENTION ORDER |
| | ) |
| Defendant. | ) |
| | ) |

Offenses charged:

Counts 1 and 2: Bringing in and Harboring Certain Aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 18 U.S.C. § 2.

Count 3: Transport in Interstate and Foreign Commerce in violation of 18 U.S.C. §§ 2421 and 2.

Detention Hearing: November 27, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The defendant has no ties to this community or to the Western District of Washington.

(2) Defendant has no stable residence.

(3) Defendant has strong family and business ties to Thailand.

(4) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings.

(5) This Order will be without prejudice to have this matter reconsidered when defendant makes his initial appearance in the District of New Jersey.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of November, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge